**H. R. BRUST v. ALFRED LEDFORD and CLYDE E. LOWRY**

34 So. (2nd) 571 — January Term, 1948
March 12, 1948 — Special Division B

Affirmed.

**ROBERT F. EUBANKS v. VIRGINIA R. EUBANKS**

34 So. (2nd) 571 — January Term, 1984
March 12, 1948 — Special Division B

Affirmed.

**CATHERINE BOUCHLAS, et al., v. COSTAS BESSIS, et al.**

34 So. (2nd) 571 — January Term, 1948
March 16, 1948 — Division A
Rehearing denied April 3, 1948

Affirmed.

**HOMER HILLMAN v. THE STATE OF FLORIDA**

34 So. (2nd) 571 — January Term, 1948
March 16, 1948 — Division A

Affirmed.

**FRANK ELLYSON BAARS, HENRY BAARS and LELIA C. BARRS, a widow, v. THE CITY OF PENSACOLA.**

34 So. (2nd) 571 — January Term, 1948
March 16, 1948 — Division A

Affirmed.

**IN RE: ESTATE OF J. J. GREGG, BEATRICE PATENAUDE and LILLIE UNKEFER v. MARY B. JAMES HERIN and MRS. LILY ALLISON.**

34 So. (2nd) 571 — January Term, 1948
March 16, 1948 — Special Division B.

Affirmed.

**BURTON WINGATE v. STATE OF FLORIDA**

34 So. (2nd) 572 — January Term, 1948
March 19, 1948 — En Banc
Rehearing denied April 10, 1948

Affirmed.